1

BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

2

3

4

Attorneys for Plaintiff

5

6

7

8

## IN THE UNITED STATES DISTRICT COURT

9

### EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **KIM SAY**<br>**xxx-xx-7445** | ) Case No.   14-496   CKD<br>)<br>) |
| | ) |
| | ) **STIPULATIONAND ~~PROPOSED~~** |
| | ) **ORDER EXTENDING PLAINTIFF'S** |
| **Plaintiff,** | ) **TIME TO FILE SUMMARY** |
| | ) **JUDGEMENT MOTION** |
| **v.** | ) |
| | ) |
| **COMMISSIONER OF SSA** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

12

13

14

15

16

17

18

19

20

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

21

Plaintiff's time to file her summary judgment motion is hereby extended from July 21, 2014, to

22

August 22, 2014, with all other deadlines extended accordingly.   This extension is required due to

23

the counsel's briefing schedule and planned time out of the office.

24

25

/ / / /

26

/ / / /

27

/ / / /

28

1

1

2     Dated: July 18, 2014                        /s/Bess M. Brewer
                                                   BESS M. BREWER
                                                   Attorney at Law
3
                                                   Attorney for Plaintiff
4

5

6
      Dated: July 18, 2014                        Benjamin B. Wagner
7                                                  United States Attorney

8                                                  Donna L. Calvert
                                                   Regional Chief Counsel, Region IX
9                                                  Social Security Administration

10                                                 /s/ Timothy Bolin
                                                   TIMOTHY BOLIN
11
                                                   Special Assistant United States Attorney
12                                                 Attorneys for Defendant

13

14

15                                    **ORDER**

16
      APPROVED AND SO ORDERED.
17

18    Dated:   July 29, 2014

19                                        _____
                                          CAROLYN K. DELANEY
20                                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28