BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM SAY )<br>xxx-xx-7445 )<br>)<br>)<br>)<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER OF SSA )<br>)<br>     Defendant. )<br>_____ ) | Case No.   14-496   CKD<br><br><br>STIPULATION AND<br>ORDER EXTENDING PLAINTIFF'S<br>TIME TO FILE SUMMARY<br>JUDGEMENT MOTION |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from August 22, 2014, to August 27, 2014,   with all other deadlines extended accordingly.  This short additional extension is required due to the counsel's briefing schedule.


/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 22, 2014 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| 3 | | |
| 4 | | Attorney for Plaintiff |

Dated: August 22, 2014         Benjamin B. Wagner
                               United States Attorney

                               Donna L. Calvert
                               Regional Chief Counsel, Region IX
                               Social Security Administration

                               /s/ Theophous Reagans for Timothy Bolin
                               TIMOTHY BOLIN

                               Special Assistant United States Attorney
                               Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:   August 26, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE