1    BESS M. BREWER, #100364
     LAW OFFICE OF BESS M. BREWER
2    P.O. Box 5088
     Sacramento, CA 95817
3    Telephone: (916) 385-7517
     besshelena@earthlink.net
4    Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KIM SAY**<br>**xxx-xx-7445**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CAROLYN W. COLVIN**<br>**ACTING COMMISSIONER OF SSA,**<br>**Defendant.** | **Case No.   14-496   CKD**<br><br><br>**STIPULATION AND ORDER APPROVING**<br>**SETTLEMENT OF ATTORNEY FEES**<br>**PURSUANT TO THE EQUAL ACCESS TO**<br>**JUSTICE ACT** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of   FIVE THOUSAND THREE HUNDRED NINETY ONE DOLLARS AND THIRTY SIX CENTS (**$5391.36**). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d). After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney. Pursuant to *Astrue v. Ratliff*,130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses is entered, the government will

1  determine whether they are subject to any offset.

2      Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury

3  determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of

4  fees, expenses and costs to be made directly to Bess M. Brewer, pursuant to the assignment executed

5  by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

6      This stipulation constitutes a compromise settlement of Plaintiff's request for   EAJA

7  attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant

8  under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to,

9  any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees

10  and expenses in connection with this action.

11      This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act

12  attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

13

14

15  Dated: March 19, 2015                  */s/Bess M. Brewer*
                                          BESS M. BREWER
16                                        Attorney at Law
                                          Attorney for Plaintiff
17

18

19  Dated: March 19, 2015                  Benjamin B. Wagner
                                          United States Attorney
20                                        /s/ Timothy Bolin
                                          TIMOTHY BOLIN
21                                        Special Assistant United States Attorney
                                          Attorneys for Defendant
22

23

24

25

26

27

28

1

2                                          **ORDER**

3    PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall be awarded attorney

4    Fees in the amount of FIVE THOUSAND THREE HUNDRED NINETY ONE DOLLARS AND

5    THIRTY SIX CENTS (**$5391.36**), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the

6    above-referenced Stipulation.

7

8    Dated:   March 25, 2015

9                                                      CAROLYN K. DELANEY
                                                       UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28